JOHN W. TRUESDELL, as Administrator of JOHN FITZGER-ALD, Deceased, Respondent, *v.* HANNIE L. BOURKE, as Executrix of WILLIAM L. BOURKE, Deceased, Appellant.

*Truesdell* v. *Bourke,* 29 App. Div. 95, affirmed.
(Argued December 6, 1899; decided January 9, 1900.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered June 25, 1898, reversing a judgment in favor of defendant entered upon a dismissal of the complaint at a Trial Term, and granting a new trial.

*Louis Marshall* for appellant.

*William Kennedy* for respondent.

Order affirmed and judgment absolute ordered for plaintiff on the stipulation, with costs in all courts ; no opinion.

All concur, except PARKER, Ch. J., and O'BRIEN J., dissenting.

---

GEORGE MERRITT, as Administrator of JOSHUA WEEKS, Deceased, Respondent, *v.* JOHN MERRITT, as Executor and Trustee under the Will of HANNAH B. MERRITT, Deceased, and as Administrator of JOHN J. MERRITT, Deceased, Appellant, Impleaded with Others ; MARY ANN WEEKS et al., Respondents.

*Merritt* v. *Merritt,* 32 App. Div. 442, affirmed.
(Argued December 7, 1899; decided January 9, 1900.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered August 2, 1898, modifying and, as modified, affirming a judgment entered upon the report of a referee.

*De B. Wilmot* for appellant.

*John R. Kuhn* for respondents.

Judgment affirmed, with costs ; no opinion.
All concur.